No. 94–2004. CCC INFORMATION SERVICES INC. *v.* MACLEAN HUNTER MARKET REPORTS, INC. C. A. 2d Cir. Certiorari denied.

No. 94–2005. UNITED STATES *v.* XEROX CORP. C. A. Fed. Cir. Certiorari denied.

No. 94–2006. HOPEWELL COGENERATION LIMITED PARTNERSHIP ET AL. *v.* VIRGINIA CORPORATION COMMISSION. Sup. Ct. Va. Certiorari denied.

No. 94–2007. DREW *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–2008. GRUNEWALD *v.* KATINSLY. C. A. 11th Cir. Certiorari denied.

No. 94–2009. GURLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–2010. BROWN *v.* MAINTENANCE & INDUSTRIAL SERVICES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–2011. RAY QUALMANN MARINE CONSTRUCTION, INC. *v.* SAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF SAN, DECEASED. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 94–2012. JACOBS *v.* GRIEVANCE COMMITTEE FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 94–2013. HAMMOUD, AKA GIVAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–2014. JONES ET AL. *v.* RESOLUTION TRUST CORPORATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–2015. STARK ET AL. *v.* REINKE, DBA LAKESIDE PROPERTIES. C. A. 7th Cir. Certiorari denied.

No. 94–2017. SALT LAKE COUNTY ET AL. *v.* SHEETS. C. A. 10th Cir. Certiorari denied.